Date of Arrest: 03/26

# UNITED STATES DISTRICT COURT

District of Arizona

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Vs.<br>Omar Ismael CAMPOS-Soto<br>AKA: None Known<br>Mexico<br>YOB: 1996<br>240138177<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-01417MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on or about March 26, 2025, near San Luis, Arizona, in the District of Arizona, Defendant Omar Ismael CAMPOS-Soto, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*John Ballos* for Sydney Yew

*George Sosa Jr*
Signature of Complainant
Steven Rowland
Border Patrol Agent

Sworn to before me and subscribed telephonically,

March 27, 2025               at      Yuma, Arizona
Date                                       City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Omar Ismael CAMPOS-Soto

Dependents: None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
|------|----------|---------|-------------|----------|
| N/A  | N/A      | N/A     | N/A         | N/A      |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near San Luis, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Border Patrol Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to Yuma Border Patrol Station for processing. During processing, questioning, and computer records checks; the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on March 26, 2025.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to him and chose to waive his rights, agreeing to answer questions.

During the interview, the Defendant stated that his intention after entering the United States was to travel to Texas.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Frank Castro, Jazmin Legette, Jose Saldana and Brian Sainz.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA. Robert Rousseau.

Charges: | 8 USC 1325(a)(1) | M |

*George Sosa Jr*
Signature of Complainant

Sworn to before me and subscribed telephonically,

March 27, 2025
Date

Signature of Judicial Officer